DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE RICO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-539 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME. |
| ) | |
| JOSE RICO-SANCHEZ, ) | Date:  January 23, 2008 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JOSE RICO-SANCHEZ, that the status conference scheduled for January 23, 2008, be vacated and the matter continued until January 29, 2008, for status conference.

The reason for the continuance is to allow review and consultation with respect to a just-received pre-plea presentence report and offer from the government for resolution of the case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until January 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code

1  T-4 (defense preparation and continuity of counsel)
2     **IT IS SO STIPULATED.**
3
4  Date:   January 22, 2008          /s/ Kyle Reardon
                                     KYLE REARDON
5                                    Assistant United States Attorney
                                     Counsel for Plaintiff
6
7
8  Date:   January 22, 2008          DANIEL J. BRODERICK
                                     Federal Defender
9
10                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
11                                   Assistant Federal Defender
                                     Counsel for Defendant
12                                   JOSE RICO-SANCHEZ
13
                                **O R D E R**
14
15    **IT IS SO ORDERED.**
16                   By the Court,
17
18  Date:   January 22, 2008
19                                   _____
                                     LAWRENCE K. KARLTON
20                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

Stipulation and Order              -2-